In Re:
: Bankruptcy No.
**Larry D Shaffer**
**Carol S Shaffer**
: Chapter **13**

Debtor

**Larry D Shaffer**
**Carol S Shaffer**
: Related to Document No. 1

Movant

v.

No Respondent

# NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __**Kenneth P. Seitz, Esquire 81666**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Kenneth P. Seitz, Esquire**
Signature
**Kenneth P. Seitz, Esquire 81666**
Typed Name
**P.O. Box 211**
**Ligonier, PA 15658**
Address
**814-536-7470 Fax:814-536-9924**
Phone No.
**81666 PA**
List Bar I.D. and State of Admission

Bank Of The West
Consumer Product Servicing
Omaha, NE 68103

Bmw Financial Services
Po Box 3608
Dublin, OH 43016

Capital One Bank, N.A.
P.O. Box 71083
Charlotte, NC 28272

Cbna
Po Box 6497
Sioux Falls, SD 57117

Citicards Cbna
Po Box 6217
Sioux Falls, SD 57117

Comenitybank/legndpine
Po Box 182789
Columbus, OH 43218

Comenitycb/boscov
Po Box 182120
Columbus, OH 43218

Discover Fin Svcs Llc
Pob 15316
Wilmington, DE 19850

First Natl Bk Of Pa
4140 E State St
Hermitage, PA 16148

Fnb Omaha
P.o. Box 3412
Omaha, NE 68197

Gm Financial
Po Box 181145
Arlington, TX 76096

GM Financial
P.O. Box 183834
Arlington, TX 76096

Jpmcb Card
Po Box 15369
Wilmington, DE 19850

Roundpoint Mtg
446 Wrenplace Road
Fort Mill, SC 29715

20-70128

Somerset Trust Company
151 W Main St
Somerset, PA 15501

Syncb/amazon
Po Box 965015
Orlando, FL 32896

Syncb/lowes
Po Box 956005
Orlando, FL 32896

Syncb/score Rewards Dc
P.o. Box 965005
Orlando, FL 32896

Tractor Supply/cbna
Po Box 6497
Sioux Falls, SD 57117