# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    LARRY D. SHAFFER | : | Bankruptcy No. 20-70128-JAD |
|    CAROL S. SHAFFER | : | |
|       Debtor | : | Chapter 13 |
| | : | |

## ENTRY OF APPEARANCE

Please enter my appearance as attorney of record for Somerset Trust Company.

 

      /s/ David J. Novak, Esquire  
David J. Novak  
Attorney for Somerset Trust Company  
Supreme Ct. I.D. #53532  
334 Bloomfield Street, Suite 101  
Johnstown, PA 15904  
(814) 266-2070  
FAX: (814) 266-2611  
davidnov162@hotmail.com