**Form RSC**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20–70128–JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Larry D Shaffer                                          Carol S. Shaffer
   8016 Hyndman Road                            8016 Hyndman Road
   Buffalo Mills, PA 15534                      Buffalo Mills, PA 15534

Social Security No.:
   xxx–xx–0711                                                xxx–xx–1946

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658<br>Telephone number: 814–536–7470 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412–471–5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>June 19, 2020<br>10:00 AM<br>Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904 | CONFIRMATION HEARING DATE/TIME/LOC<br>June 19, 2020<br>10:00 AM<br>Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904 |

**MEETING RESCHEDULED DUE TO COVID–19. ALL OTHER DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/25/20                                      BY THE COURT

                                                            Jeffery A. Deller
                                                            Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Larry D Shaffer
Carol S. Shaffer
    Debtors

Case No. 20-70128-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: dpas      Page 1 of 2      Date Rcvd: Mar 25, 2020
                    Form ID: rscCOVID      Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.
```
db/jdb         +Larry D Shaffer,    Carol S. Shaffer,    8016 Hyndman Road,    Buffalo Mills, PA 15534-9104
15222184       +ACAR Leasing LTD,    d/b/a GM Financial Leasing,    PO Box 183853,    Arlington TX 76096-3853
15214000        Bank Of The West,    Consumer Product Servicing,    Omaha, NE 68103
15214003       +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15214004       +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15214005       +Comenitybank/legndpine,    Po Box 182789,    Columbus, OH 43218-2789
15214008       +First National Bank of Pennsylvania,    4140 E. State Street,    Hermitage, PA 16148-3401
15214009       +Fnb Omaha,    P.o. Box 3412,    Omaha, NE 68197-0001
15214013       +Roundpoint Mtg,    446 Wrenplace Road,    Fort Mill, SC 29715-0200
15214014       +Somerset Trust Company,    151 W Main St,    Somerset, PA 15501-2068
15214018       +Tractor Supply/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 04:53:29      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 26 2020 04:50:06
                 BMW Bank of North America, c/o AIS Portfolio Servi,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 04:50:15
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15214001        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 26 2020 04:47:59      Bmw Financial Services,
                 Po Box 3608,    Dublin, OH 43016
15214002       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2020 04:45:32
                 Capital One Bank, N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
15214006       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 26 2020 04:52:34      Comenitycb/boscov,
                 Po Box 182120,    Columbus, OH 43218-2120
15217185        E-mail/Text: mrdiscen@discover.com Mar 26 2020 04:51:38      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
15214007       +E-mail/Text: mrdiscen@discover.com Mar 26 2020 04:51:38      Discover Fin Svcs Llc,    Pob 15316,
                 Wilmington, DE 19850-5316
15214011       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 26 2020 04:52:10      GM Financial,
                 P.O. Box 183834,    Arlington, TX 76096-3834
15214010       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 26 2020 04:52:10      Gm Financial,
                 Po Box 181145,    Arlington, TX 76096-1145
15214012        E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 26 2020 04:47:27      Jpmcb Card,
                 Po Box 15369,    Wilmington, DE 19850
15214015       +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:49:35      Syncb/amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
15214016       +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:47:33      Syncb/lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
15214017       +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:45:25      Syncb/score Rewards Dc,
                 P.o. Box 965005,    Orlando, FL 32896-5005
15215036       +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:49:45      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 15
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BMW Bank of North America
cr              RoundPoint Mortgage Servicing Corporation
aty*           +Somerset Trust Company,    151 W. Main Street,    Somerset, PA 15501-2068
                                                                                  TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                         Signature:  /s/Joseph Speetjens

```
District/off: 0315-7            User: dpas              Page 2 of 2             Date Rcvd: Mar 25, 2020
                                Form ID: rscCOVID       Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
              David J. Novak    on behalf of Attorney    Somerset Trust Company davidnov162@hotmail.com,
               rfn@jjbodies.com
              James Warmbrodt    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Carol S. Shaffer thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Larry D Shaffer thedebterasers@aol.com
              Laurence A. Mester    on behalf of Creditor    BMW Bank of North America lmester@mesterschwartz.com,
               jschwartz@mesterschwartz.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```