## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 20-70128-JAD |
| | ) | |
| LARRY D. SHAFFER | ) | |
| and CAROL S. SHAFFER, | ) | Related to Document No.: 20 |
| | ) | |
| Debtors | ) | Chapter 13 |
| | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| BMW BANK OF NORTH AMERICA, | ) | |
| | ) | |
| Movant | ) | **HEARING DATE:** |
| vs. | ) | Friday, May 1, 2020 |
| | ) | 11:00 a.m. |
| LARRY D. SHAFFER | ) | |
| and CAROL S. SHAFFER, | ) | |
| | ) | |
| Respondents | ) | |
| and | ) | |
| RONDA J. WINNECOUR | ) | |
| Trustee | ) | |

### ORDER

AND NOW, this 13th day of April , 2020, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted.

Movant, shall be and is hereby permitted to proceed and continue with an action in vehicle repossession (2016 BMW 3 Series Sedan 4D 328xi AWD, V.I.N. WBA8E3G54GNT79828) and is hereby permitted to liquidate the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

Hon. Jeffery A. Deller
U.S. Bankruptcy Judge

In the event that any order is entered in
this case granting relief from the automatic
stay to a secured creditor, then the Trustee
shall make no further disbursements to any
creditor on account of any secured claim that
is secured by the subject property, unless
directed otherwise by further Order of Court.

FILED
4/13/20 2:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Please send copies to:

Larry D Shaffer
Carol S. Shaffer
8016 Hyndman Road
Buffalo Mills, PA 15534

Kenneth P. Seitz, Esquire
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Laurence A. Mester, Esquire
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 20-70128-JAD
Larry D Shaffer                                                                 Chapter 13
Carol S. Shaffer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: dpas              Page 1 of 1              Date Rcvd: Apr 13, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2020.
db/jdb          +Larry D Shaffer,    Carol S. Shaffer,    8016 Hyndman Road,    Buffalo Mills, PA 15534-9104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2020 at the address(es) listed below:
          David J. Novak   on behalf of Attorney    Somerset Trust Company davidnov162@hotmail.com,
           rfn@jjbodies.com
          James  Warmbrodt   on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
           bkgroup@kmllawgroup.com
          Kenneth P. Seitz   on behalf of Joint Debtor Carol S. Shaffer thedebterasers@aol.com
          Kenneth P. Seitz   on behalf of Debtor Larry D Shaffer thedebterasers@aol.com
          Laurence A. Mester   on behalf of Creditor    BMW Bank of North America lmester@mesterschwartz.com,
           jschwartz@mesterschwartz.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 7