UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankr. Case No. 20-70128-JAD |
| Larry D Shaffer and Carol S Shaffer | Chapter 13 |
| Debtor(s) | |

### REQUEST FOR NOTICE

Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

ACAR Leasing Ltd. d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX  76096

By /s/  Lorenzo Nunez

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 20-70128-JAD

Larry D Shaffer and Carol S Shaffer  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on August 6, 2020 :

Kenneth P. Seitz  
P.O. Box 211  
Ligonier, PA 15658

Ronda Winnecour  
600 Grant Street  
Suite 3250 USX Tower  
Pittsburgh, PA 15219

By /s/ Lorenzo Nunez  
    Lorenzo Nunez

xxxxx52928 / 1016108