2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 20-70128-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Larry D Shaffer
8016 Hyndman Road
Buffalo Mills PA 15534

Carol S. Shaffer
8016 Hyndman Road
Buffalo Mills PA 15534

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/08/2020.

Name and Address of Alleged Transferor(s):

Claim No. 4: First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148

Name and Address of Transferee:

PERITUS PORTFOLIO SERVICES LLC
PO BOX 141419
Irving, Tx 75014-1419

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  12/11/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 20-70128-JAD |
|---|---|
| Larry D Shaffer | Chapter 13 |
| Carol S. Shaffer | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: dpas | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 09, 2020 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 15214008 | + | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2020            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com |
| David J. Novak | |
| | on behalf of Attorney Somerset Trust Company davidnov162@hotmail.com  rfn@jjbodies.com |
| Kenneth P. Seitz | |
| | on behalf of Joint Debtor Carol S. Shaffer thedebterasers@aol.com |
| Kenneth P. Seitz | |
| | on behalf of Debtor Larry D Shaffer thedebterasers@aol.com |
| Laurence A. Mester | |
| | on behalf of Creditor BMW Bank of North America lmester@mesterschwartz.com  jschwartz@mesterschwartz.com |
| Office of the United States Trustee | |

District/off: 0315-7 User: dpas Page 2 of 2
Date Rcvd: Dec 09, 2020 Form ID: trc Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 7