**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/19/2022

IN RE:

LARRY D SHAFFER
CAROL S. SHAFFER
8016 HYNDMAN ROAD
BUFFALO MILLS,  PA  15534
XXX-XX-0711          Debtor(s)

XXX-XX-1946

Case No.20-70128 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/19/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NAUTILUS/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 1283 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BMW/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ROUNDPOINT MORT/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **DAVID J NOVAK ESQ**<br>334 BLOOMFIELD ST<br>JOHNSTOWN, PA  15904 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SOMERST TRUST/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PERITUS PORTFOLIO SERVICES***<br>PO BOX 141419<br>IRVING, TX  75014-1419 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: 549/PL*548.21x(36+2)=LMT*$0ARRS/CL-PL*FR FNB-DOC 39 | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3012 |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEASI**<br>PO BOX 183853<br>ARLINGTON, TX  76096 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: CL3GOV*19260/PL@535/MO* 535.24X(36+2)=LMT*BGN 4/20 | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2928 |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN  46037 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4PMT-LMT*BGN 4/20*FR ROUNDPOINT-DOC 42 | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6141 |
| **BANK OF THE WEST**<br>PO BOX 2634<br>OMAHA, NE  68103 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 34,900.17<br>COMMENT: AUTO DEFICIENCY BALANCE* REPO | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4014 |
| **BMW BANK OF NORTH AMERICA****<br>5550 BRITTON PARKWAY<br>HILLIARD, OH  43026 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 2-2<br>CLAIM: 20,955.82<br>COMMENT: DFNCY BAL*AMD*W/26 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6462 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 332.57<br>COMMENT: SYNCHRONY BANK*CAP 1 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7578 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CITIBANK NA\*\*** <br>6716 GRADE LN BLDG 9 STE 910-PY DEPT <br><br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number:11  INT %: 0.00% <br>Court Claim Number:15 <br>CLAIM: 436.88 <br>COMMENT: MY BBY | CRED DESC: UNSECURED CREDITOR <br>ACCOUNT NO.: 5135 |
| **CBNA** <br>PO BOX 6497 <br><br>SIOUX FALLS, SD 57117 | Trustee Claim Number:12  INT %: 0.00% <br>Court Claim Number: <br>CLAIM: 0.00 <br>COMMENT: | CRED DESC: UNSECURED CREDITOR <br>ACCOUNT NO.: 8250 |
| **LVNV FUNDING LLC** <br>C/O RESURGENT CAPITAL SVCS <br>PO BOX 10587 <br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:13  INT %: 0.00% <br>Court Claim Number:12 <br>CLAIM: 162.15 <br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR <br>ACCOUNT NO.: 6408 |
| **COMENITY BANK** <br>PO BOX 182272 <br><br>COLUMBUS, OH 43218 | Trustee Claim Number:14  INT %: 0.00% <br>Court Claim Number: <br>CLAIM: 0.00 <br>COMMENT: NT ADR~LEGENCD PINE/SCH | CRED DESC: UNSECURED CREDITOR <br>ACCOUNT NO.: 1527 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** <br>PO BOX 788 <br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:15  INT %: 0.00% <br>Court Claim Number:10 <br>CLAIM: 175.33 <br>COMMENT: LEGENDARY PINE | CRED DESC: UNSECURED CREDITOR <br>ACCOUNT NO.: 9417 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA** <br>PO BOX 788 <br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:16  INT %: 0.00% <br>Court Claim Number:11 <br>CLAIM: 415.62 <br>COMMENT: BOSCOV | CRED DESC: UNSECURED CREDITOR <br>ACCOUNT NO.: 2265 |
| **COMENITY BANK** <br>PO BOX 182272 <br><br>COLUMBUS, OH 43218 | Trustee Claim Number:17  INT %: 0.00% <br>Court Claim Number: <br>CLAIM: 0.00 <br>COMMENT: NT ADR~BOSCOV/SCH | CRED DESC: UNSECURED CREDITOR <br>ACCOUNT NO.: 2624 |
| **DISCOVER BANK(\*)** <br>C/O DISCOVER PRODUCTS INC <br>PO BOX 3025 <br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:18  INT %: 0.00% <br>Court Claim Number:1 <br>CLAIM: 146.20 <br>COMMENT: | CRED DESC: UNSECURED CREDITOR <br>ACCOUNT NO.: 0585 |
| **FIRST NATIONAL BANK OF OMAHA(\*)** <br>1620 DODGE ST STOP 3106\* <br><br>OMAHA, NE 68197-3106 | Trustee Claim Number:19  INT %: 0.00% <br>Court Claim Number:5 <br>CLAIM: 57.40 <br>COMMENT: X9047/SCH | CRED DESC: UNSECURED CREDITOR <br>ACCOUNT NO.: 9666 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B** <br>C/O JPMORGAN CHASE BANK NA <br>PO BOX 15368 <br>WILMINGTON, DE 19850 | Trustee Claim Number:20  INT %: 0.00% <br>Court Claim Number:8 <br>CLAIM: 5,636.21 <br>COMMENT: CHASE | CRED DESC: UNSECURED CREDITOR <br>ACCOUNT NO.: 8106 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SOMERSET TRUST COMPANY**<br>151 WEST MAIN ST<br><br>SOMERSET, PA 15501 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8688 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 126.66<br>COMMENT: SYNCHRONY*AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2829 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 1,869.95<br>COMMENT: SYNCHRONY*LOWES*REF 3540830206 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3193 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 764.83<br>COMMENT: SYNCHRONY*SCORE RWRDS*REF 3540784744 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9643 |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 1,455.61<br>COMMENT: TRACTOR SUPPLY CO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3032 |
| **BMW BANK OF NORTH AMERICA****<br>5550 BRITTON PARKWAY<br><br>HILLIARD, OH 43026 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:2-2<br>CLAIM: 0.00<br>COMMENT: RS/DOE*NO SEC/SCH*AMD CL=0*W/9 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6462 |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN 46037 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 997.45<br>COMMENT: CL9GOV*$0/PL*THRU 3/20*FR ROUNDPOINT-DOC 42 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6141 |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEASI**<br>PO BOX 183853<br><br>ARLINGTON, TX 76096 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 1,605.72<br>COMMENT: CL3GOV*VEHICLE LEASE ARRS*1700/PL*THRU 3/20 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2928 |
| **MARIO HANYON ESQ**<br>BROCK & SCOTT PLLC<br>302 FELLOWSHIP RD STE 130<br>MT LAUREL, NJ 08054 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FREEDOM MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |