IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>LARRY D. SHAFFER<br>CAROL S. SHAFFER,<br>**Debtor(s)**<br><br>ACAR LEASING LTD<br>d/b/a GM FINANCIAL LEASING,<br>**Movant**<br><br>v.<br><br>LARY D. SHAFFER<br>CAROL S. SHAFFER,<br>**Respondent(s)**<br><br>RONDA J. WINNECOUR,<br>**Trustee** | Bankruptcy No. 20-70128-JAD<br><br>Chapter 13<br><br>Related To Document No. 62 and 63<br><br>Response Deadline: 3/6/23<br><br>**Hearing Date: 3/15/23 at 11:00 AM** |

### CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on February 16, 2023, I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| Larry and Carol Shaffer<br>8016 Hyndman Road<br>Buffalo Mills, PA 15534<br>(Debtors) | Kenneth P. Seitz, Esq.<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658<br>(Attorney For Debtors) |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(Trustee) | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>(U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com