## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 20-70128-JAD |
| | : | |
| **Larry D. Shaffer** | : | Chapter 13 |
| **Carol S. Shaffer,** | : | |
| | : | |
| **Debtors** | : | |

*****************************************************************************

| | | |
|---|---|---|
| **Somerset Trust Company,** | : | Doc. No. |
| | : | Related to Doc. Nos. 66 & 67 |
| Movant | : | |
| | : | Hearing Date & Time: |
| vs. | : | March 29, 2023 at 10:00 a.m. |
| | : | |
| **Larry D. Shaffer; Carol S. Shaffer; Barry G. Shaffer;** | : | |
| **Marsha A. Shaffer; and Ronda J. Winnecour,** | : | |
| **Chapter 13 Trustee,** | : | |
| | : | |
| **Respondents** | : | |

*****************************************************************************

### CERTIFICATE OF SERVICE OF THE MOTION FOR RELIEF FROM THE CO-DEBTOR STAY FILED BY SOMERSET TRUST COMPANY

I certify under the penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on <u>February 21, 2023</u>.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>first-class mail and electronic notification</u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the hearing "Service by First Class Mail."

<u>Service by First-Class Mail</u>:

Barry G. Shaffer – 245 McCreary Road, Schellsburg, PA 15559;

Marsha A. Shaffer – 245 McCreary Road, Schellsburg, PA 15559;

Larry D. Shaffer – 8016 Hyndman Road, Buffalo Mills, PA 15534; and

Carol S. Shaffer – 8016 Hyndman Road, Buffalo Mills, PA 15534.

<u>Service by NEF</u>:

Kenneth P. Seitz, Esquire – [thedebterasers@aol.com](mailto:thedebterasers@aol.com); and

Ronda J. Winnecour, Chapter 13 Trustee – [cmecf@chapter13wdpa.com](mailto:cmecf@chapter13wdpa.com).

EXECUTED ON:  <u>February 21, 2023</u>

|  |  |
|---|---|
| By: | */s/ Kevin J. Petak*, |
|  | Kevin J. Petak, Esquire |
|  | Spence, Custer, Saylor, Wolfe & Rose, LLC |
|  | 1067 Menoher Boulevard |
|  | Johnstown, PA 15905 |
|  | Tel: 814.536.0735 |
|  | Fax:  814.539.1423 |
|  | Email: kpetak @spencecuster.com |
|  | PA ID No. 92154 |