**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ) | |
| LARRY D. SHAFFER  ) | |
| CAROL S. SHAFFER,  ) | Bankruptcy No. 20-70128-JAD |
| **Debtor(s)**  ) | |
| ) | Chapter 13 |
| ACAR LEASING LTD  ) | |
| d/b/a GM FINANCIAL LEASING,  ) | Related To Document No. 62 |
| **Movant**  ) | |
| ) | |
| v.  ) | Response Deadline:  3/6/23 |
| ) | |
| LARY D. SHAFFER  ) | **Hearing Date:  3/15/23 at 11:00 AM** |
| CAROL S. SHAFFER,  ) | |
| **Respondent(s)**  ) | FILED |
| ) | 3/9/23 9:46 am |
| RONDA J. WINNECOUR,  ) | CLERK |
| **Trustee**  ) | U.S. BANKRUPTCY COURT - WDPA |

**ORDER OF COURT**

AND NOW, this __9th__ day of __March__, 2023, it is hereby

**ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

Movant ACAR Leasing LTD d/b/a GM Financial Leasing is permitted to enforce its rights in the property described as a **2019 Chevrolet Equinox** bearing vehicle identification number 3GNAXUEV3KS519994, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.



_____ jsf
JEFFERY A. DELLER

In the event that any order is entered in this case granting relief from the automatic stay to a <u>secured creditor</u>, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70128-JAD |
| Larry D Shaffer | Chapter 13 |
| Carol S. Shaffer | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-7                  User: auto                  Page 1 of 2
Date Rcvd: Mar 09, 2023          Form ID: pdf900              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

**Recip ID         Recipient Name and Address**
db/jdb             #+ Larry D Shaffer, Carol S. Shaffer, 8016 Hyndman Road, Buffalo Mills, PA 15534-9104

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023                    Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

**Name                     Email Address**

Andrew L. Spivack
                         on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Brian Nicholas
                         on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com

David J. Novak
                         on behalf of Attorney Somerset Trust Company davidnov162@hotmail.com  rfn@jjbodies.com

Kenneth P. Seitz
                         on behalf of Debtor Larry D Shaffer thedebterasers@aol.com

Kenneth P. Seitz

District/off: 0315-7 | User: auto | Page 2 of 2
Date Rcvd: Mar 09, 2023 | Form ID: pdf900 | Total Noticed: 1

on behalf of Joint Debtor Carol S. Shaffer thedebterasers@aol.com

Kevin J. Petak
   on behalf of Attorney Somerset Trust Company kpetak@spencecuster.com skosis@spencecuster.com

Laurence A. Mester
   on behalf of Creditor BMW Bank of North America lmester@mesterschwartz.com jschwartz@mesterschwartz.com

Mario J. Hanyon
   on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

William E. Craig
   on behalf of Creditor ACAR Leasing LTD dba GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11