# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br><br>**Larry D. Shaffer**<br>**Carole S. Shaffer,**<br><br>    **Debtors** | Case No. 20-70128-JAD<br><br>Chapter 13 |
| **Somerset Trust Company,**<br><br>    **Movant**<br><br>    v.<br><br>**Larry D. Shaffer; Carol S. Shaffer;**<br>**Barry G. Shaffer; Marsha A. Shaffer; and**<br>**Ronda J. Winnecour, Chapter 13 Trustee,**<br><br>    **Respondents** | Doc. No. _____<br>Related to Doc. Nos. 66 & 67<br><br>Hearing Date & Time:<br>March 29, 2023 at 10:00 a.m. |

## CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE CO-DEBTOR STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Co-Debtor Stay filed on February 21, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Co-Debtor Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Co-Debtor Stay were to be filed and served no later than March 10, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by this Court.

EXECUTED ON: March 13, 2023               Spence, Custer, Saylor, Wolfe & Rose, LLC

                                    By:    */s/ Kevin J. Petak*,
                                           Kevin J. Petak, Esquire
                                           PA ID No. 92154
                                           1067 Menoher Blvd.
                                           Johnstown, PA 15905
                                           Tel: 814.536.0735
                                           Fax: 814.539.1423
                                           Email: kpetak@spencecuster.com
                                           *Attorneys for Somerset Trust Company*