# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)

| | |
|---|---|
| IN RE:<br>LARRY D SHAFFER<br>CAROL S. SHAFFER<br>    Debtors | Case No. 20-70128-JAD |
| FREEDOM MORTGAGE CORPORATION<br>    Movant | Chapter 13<br><br>Hearing Date: 04/12/2023<br><br>Hearing Time: 10:00 am<br><br>Objection Date: 04/05/2023 |
| vs.<br>LARRY D SHAFFER<br>CAROL S. SHAFFER<br>    And<br>RONDA J. WINNECOUR (TRUSTEE)<br>    Respondent | 11 U.S.C. §362 |

## CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

     I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **March 13, 2023**.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by First Class Mail:

LARRY D SHAFFER
8016 HYNDMAN ROAD
BUFFALO MILLS, PA 15534

CAROL S. SHAFFER
8016 HYNDMAN ROAD
BUFFALO MILLS, PA 15534

Service by Electronic Notification:

KENNETH P. SEITZ
LAW OFFICES OF KENNY P. SEITZ
P.O. BOX 211
LIGONIER, PA 15658
THEDEBTERASERS@AOL.COM

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
USTP.REGION03@USDOJ.GOV

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

Dated: **March 13, 2023**

                                    */s/Mario Hanyon*
                                    Andrew Spivack, PA Bar No. 84439
                                    Matt Fissel, PA Bar No. 314567
                                    Mario Hanyon, PA Bar No. 203993
                                    Ryan Starks, PA Bar No. 330002
                                    Jay Jones, PA Bar No. 86657
                                    Attorney for Creditor
                                    BROCK & SCOTT, PLLC
                                    8757 Red Oak Boulevard, Suite 150
                                    Charlotte, NC 28217
                                    Telephone: (844) 856-6646
                                    Facsimile: (704) 369-0760
                                    E-Mail: PABKR@brockandscott.com