**DEFAULT O/E JAD**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/22/23 3:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No. 20-70128-JAD |
| | : | |
| Larry D. Shaffer | : | Chapter 13 |
| Carol S. Shaffer, | : | |
| | : | |
| **Debtors** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **Somerset Trust Company,** | : | Doc. No. 66 |
| | : | Related to Doc. No. |
| **Movant** | : | |
| | : | Hearing Date & Time: |
| vs. | : | March 29, 2023 at 10:00 a.m. |
| | : | |
| Larry D. Shaffer; Carol S. Shaffer; Barry G. Shaffer; | : | |
| Marsha A. Shaffer; and Ronda J. Winnecour, | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| **Respondents** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF COURT

**AND NOW**, this  22nd  day of  March , 2023, it is hereby ORDERED that the Motion for Relief from the Co-Debtor Stay pursuant to 11. U.S.C. § 1301 is GRANTED.

Movant, Somerset Trust Company, is permitted to enforce its rights to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law as it relates to non-debtor grantors, Barry G. Shaffer and Marsha A. Shaffer, specifically as it relates to that particular Assignment of Deposit Account dated July 25, 2013, attached to the Motion and marked as Exhibit "B" which permits the Bank to setoff against its security interest in collateral securing the Obligation evidenced by the Promissory Note attached to the Motion and marked as Exhibit "A".

BY THE COURT:

_[signature]_ jsf

Jeffery A. Deller, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70128-JAD |
| Larry D Shaffer | Chapter 13 |
| Carol S. Shaffer | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 22, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2023:**

**Recip ID          Recipient Name and Address**
db/jdb              #+ Larry D Shaffer, Carol S. Shaffer, 8016 Hyndman Road, Buffalo Mills, PA 15534-9104

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2023 at the address(es) listed below:**

**Name**                **Email Address**
Andrew L. Spivack
                        on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Brian Nicholas
                        on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com

David J. Novak
                        on behalf of Attorney Somerset Trust Company davidnov162@hotmail.com  rfn@jjbodies.com

Kenneth P. Seitz
                        on behalf of Debtor Larry D Shaffer thedebterasers@aol.com

Kenneth P. Seitz

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 22, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Joint Debtor Carol S. Shaffer thedebterasers@aol.com

Kevin J. Petak
    on behalf of Attorney Somerset Trust Company kpetak@spencecuster.com skosis@spencecuster.com

Laurence A. Mester
    on behalf of Creditor BMW Bank of North America lmester@mesterschwartz.com jschwartz@mesterschwartz.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor ACAR Leasing LTD dba GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11