IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)

FILED
4/6/23 10:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
LARRY D SHAFFER
CAROL S. SHAFFER

Debtors

FREEDOM MORTGAGE CORPORATION

Movant

vs.
LARRY D SHAFFER
CAROL S. SHAFFER
And
RONDA J. WINNECOUR (TRUSTEE)

Respondent

Case No. 20-70128-JAD

Chapter 13
Related to ECF No. 73
Hearing Date: 04/12/2023

Hearing Time: 10:00 am

Objection Date: 04/05/2023

**DEFAULT O/E JAD**

11 U.S.C. §362

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

**AND NOW**, this 6th day of April, 2023, upon Motion for Relief from the Automatic stay filed by Freedom Mortgage Corporation (Movant), it is:

**ORDERED AND DECREED THAT THE MOTION IS GRANTED:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is modified with respect to 8016 Hyndman Road, Buffalo Mills, Pennsylvania 15534, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assignees, to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; it is further;

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtors and Debtors' counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001 (a)(3) waiting period is hereby waived and the Movant may immediately enforce this Order; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee, and U.S. Trustee. Movant shall file a certificate of service within (3) days hereof.

_____
Jeffery A. Deller    jah
BANKRUPTCY JUDGE

Case Administrator to serve:
Mario Hanyon, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70128-JAD |
| Larry D Shaffer | Chapter 13 |
| Carol S. Shaffer | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 2

Date Rcvd: Apr 06, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Larry D Shaffer, Carol S. Shaffer, 8016 Hyndman Road, Buffalo Mills, PA 15534-9104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 08, 2023         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com |
| David J. Novak | on behalf of Attorney Somerset Trust Company davidnov162@hotmail.com rfn@jjbodies.com |
| Kenneth P. Seitz | on behalf of Debtor Larry D Shaffer thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Carol S. Shaffer thedebterasers@aol.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 06, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Kevin J. Petak
    on behalf of Attorney Somerset Trust Company kpetak@spencecuster.com  skosis@spencecuster.com

Laurence A. Mester
    on behalf of Creditor BMW Bank of North America lmester@mesterschwartz.com  jschwartz@mesterschwartz.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor ACAR Leasing LTD dba GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11