Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Larry D Shaffer**
**Carol S. Shaffer**
Debtor(s)

Bankruptcy Case No.: 20−70128−JAD

Chapter: 13
Docket No.: 86 − 83

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 30th of May, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/10/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/19/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/10/23.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70128-JAD |
| Larry D Shaffer | Chapter 13 |
| Carol S. Shaffer | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: May 30, 2023 | Form ID: 408 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Larry D Shaffer, Carol S. Shaffer, 8016 Hyndman Road, Buffalo Mills, PA 15534-9104 |
| 15214013 | + | Roundpoint Mtg, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 15214014 | + | Somerset Trust Company, 151 W Main St, Somerset, PA 15501-2068 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 31 2023 04:28:47 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | May 31 2023 04:10:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 31 2023 04:28:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15222184 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 31 2023 04:10:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183853, Arlington TX 76096-3853 |
| 15282701 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 31 2023 04:10:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15214001 | | Email/PDF: acg.bmw.ebn@aisinfo.com | May 31 2023 04:17:52 | Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 15224379 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | May 31 2023 04:28:51 | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 15214000 | + | Email/Text: bknotices@bankofthewest.com | May 31 2023 04:10:42 | Bank Of The West, 2527 Camino Ramon, San Ramon, CA 94583-4213 |
| 15230139 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2023 04:17:20 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15214002 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2023 04:28:50 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15214003 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 04:28:42 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15242386 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 04:18:28 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15214004 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 04:28:46 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |

Case 20-70128-JAD    Doc 87    Filed 06/01/23    Entered 06/02/23 00:33:09    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 30, 2023 | Form ID: 408 | Total Noticed: 40 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15214005 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2023 04:10:00 | Comenitybank/legndpine, Po Box 182789, Columbus, OH 43218-2789 |
| 15214006 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2023 04:10:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15217185 | | Email/Text: mrdiscen@discover.com | May 31 2023 04:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15214007 | + | Email/Text: mrdiscen@discover.com | May 31 2023 04:10:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15227755 | | Email/Text: collecadminbankruptcy@fnni.com | May 31 2023 04:10:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15214009 | | Email/Text: collecadminbankruptcy@fnni.com | May 31 2023 04:10:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15214008 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 31 2023 04:10:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15323661 | | Email/Text: Bankruptcy@Freedommortgage.com | May 31 2023 04:10:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15214011 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 31 2023 04:10:00 | GM Financial, P.O. Box 183834, Arlington, TX 76096-3834 |
| 15214010 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 31 2023 04:10:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15241704 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 31 2023 04:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15214012 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 31 2023 04:18:13 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15230793 | + | Email/Text: RASEBN@raslg.com | May 31 2023 04:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15240851 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2023 04:18:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15319023 | | Email/Text: peritus@ebn.phinsolutions.com | May 31 2023 04:11:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15239963 | | Email/Text: bnc-quantum@quantum3group.com | May 31 2023 04:10:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15239964 | | Email/Text: bnc-quantum@quantum3group.com | May 31 2023 04:10:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15232306 | | Email/Text: bankruptcy@roundpointmortgage.com | May 31 2023 04:10:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 15214015 | + | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:18:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15214016 | + | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:17:30 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15214017 | + | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:28:42 | Syncb/score Rewards Dc, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15243137 | + | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:28:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15215036 | + | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:17:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15214018 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 04:28:43 | Tractor Supply/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

Case 20-70128-JAD    Doc 87    Filed 06/01/23    Entered 06/02/23 00:33:09    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 30, 2023 | Form ID: 408 | Total Noticed: 40 |
| TOTAL: 37 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BMW Bank of North America |
| cr | | RoundPoint Mortgage Servicing Corporation |
| aty | *+ | Somerset Trust Company, 151 W. Main Street, Somerset, PA 15501-2068 |
| cr | *+ | ACAR Leasing LTD dba GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2023         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com |
| David J. Novak | on behalf of Attorney Somerset Trust Company davidnov162@hotmail.com  rfn@jjbodies.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Carol S. Shaffer thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Larry D Shaffer thedebterasers@aol.com |
| Kevin J. Petak | on behalf of Attorney Somerset Trust Company kpetak@spencecuster.com skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com |
| Laurence A. Mester | on behalf of Creditor BMW Bank of North America lmester@mesterschwartz.com  jschwartz@mesterschwartz.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD dba GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

District/off: 0315-7     User: auto     Page 4 of 4

Date Rcvd: May 30, 2023     Form ID: 408     Total Noticed: 40

TOTAL: 11