**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LARRY D SHAFFER<br>CAROL S. SHAFFER<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:20-70128 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

May 25, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/09/2020 and confirmed on 6/24/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 79,025.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 79,025.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,250.00 | |
|   Trustee Fee | 3,670.97 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,920.97 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION      Acct: 6141 | 31,316.80 | 31,316.80 | 0.00 | 31,316.80 |
|   FREEDOM MORTGAGE CORPORATION      Acct: 6141 | 997.45 | 997.45 | 0.00 | 997.45 |
|   PERITUS PORTFOLIO SERVICES*       Acct: 3012 | 18,349.48 | 18,349.48 | 0.00 | 18,349.48 |
|   BMW BANK OF NORTH AMERICA**++      Acct: 6462 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 50,663.73 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ      Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LARRY D SHAFFER      Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LAW OFFICES OF KENNETH P SEITZ      Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   KENNETH P SEITZ ESQ      Acct: | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
|   ACAR LEASING LTD D/B/A GM FINANCIAL      Acct: 2928 | 17,992.55 | 17,992.55 | 0.00 | 17,992.55 |
|   ACAR LEASING LTD D/B/A GM FINANCIAL      Acct: 2928 | 1,605.72 | 1,605.72 | 0.00 | 1,605.72 |
|   RONDA J WINNECOUR TRUSTEE/CLERK      Acct: XXXXXXXXXXXXXXXXXXXXRICA | 572.20 | 572.20 | 0.00 | 572.20 |
| | | | | 20,170.47 |
| **Unsecured** | | | | |
|   BANK OF THE WEST      Acct: 4014 | 34,900.17 | 953.47 | 0.00 | 953.47 |
|   BMW BANK OF NORTH AMERICA**++      Acct: 6462 | 20,955.82 | 0.00 | 0.00 | 0.00 |
|   CAPITAL ONE BANK (USA) NA BY AMERIC      Acct: 7578 | 332.57 | 9.09 | 0.00 | 9.09 |
|   CITIBANK NA** | 436.88 | 11.94 | 0.00 | 11.94 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 5135 | | | | |
| | CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8250 | | | | |
| | LVNV FUNDING LLC | 162.15 | 4.43 | 0.00 | 4.43 |
| | Acct: 6408 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1527 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 175.33 | 4.79 | 0.00 | 4.79 |
| | Acct: 9417 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMEN | 415.62 | 11.35 | 0.00 | 11.35 |
| | Acct: 2265 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2624 | | | | |
| | DISCOVER BANK(*) | 146.20 | 3.99 | 0.00 | 3.99 |
| | Acct: 0585 | | | | |
| | FIRST NATIONAL BANK OF OMAHA(*) | 57.40 | 1.57 | 0.00 | 1.57 |
| | Acct: 9666 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CHA | 5,636.21 | 153.98 | 0.00 | 153.98 |
| | Acct: 8106 | | | | |
| | SOMERSET TRUST COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8688 | | | | |
| | SYNCHRONY BANK | 126.66 | 3.46 | 0.00 | 3.46 |
| | Acct: 2829 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 1,869.95 | 51.09 | 0.00 | 51.09 |
| | Acct: 3193 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 764.83 | 20.90 | 0.00 | 20.90 |
| | Acct: 9643 | | | | |
| | CITIBANK NA** | 1,455.61 | 39.77 | 0.00 | 39.77 |
| | Acct: 3032 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1283 | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DAVID J NOVAK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MARIO HANYON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 1,269.83 |

TOTAL PAID TO CREDITORS                                                      72,104.03

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 20,170.47 |
| SECURED | 50,663.73 |
| UNSECURED | 67,435.40 |

Date: 05/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    LARRY D SHAFFER
    CAROL S. SHAFFER
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:20-70128 JAD

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-70128-JAD
Larry D Shaffer     Chapter 13
Carol S. Shaffer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 4
Date Rcvd: May 30, 2023     Form ID: pdf900     Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Larry D Shaffer, Carol S. Shaffer, 8016 Hyndman Road, Buffalo Mills, PA 15534-9104 |
| 15214013 | + | Roundpoint Mtg, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 15214014 | + | Somerset Trust Company, 151 W Main St, Somerset, PA 15501-2068 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 31 2023 04:17:59 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | May 31 2023 04:10:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 31 2023 04:28:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15222184 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 31 2023 04:10:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183853, Arlington TX 76096-3853 |
| 15282701 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 31 2023 04:10:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15214001 | | Email/PDF: acg.bmw.ebn@aisinfo.com | May 31 2023 04:17:28 | Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 15224379 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | May 31 2023 04:17:52 | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 15214000 | + | Email/Text: bknotices@bankofthewest.com | May 31 2023 04:10:42 | Bank Of The West, 2527 Camino Ramon, San Ramon, CA 94583-4213 |
| 15230139 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2023 04:17:20 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15214002 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2023 04:17:48 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15214003 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 04:28:44 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15242386 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 04:17:26 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15214004 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 04:17:28 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |

Case 20-70128-JAD    Doc 88    Filed 06/01/23    Entered 06/02/23 00:33:09    Desc Imaged
Certificate of Notice    Page 7 of 9

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 30, 2023 | Form ID: pdf900 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| 15214005 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2023 04:10:00 | Comenitybank/legndpine, Po Box 182789, Columbus, OH 43218-2789 |
| 15214006 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2023 04:10:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15217185 | | Email/Text: mrdiscen@discover.com | May 31 2023 04:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15214007 | + | Email/Text: mrdiscen@discover.com | May 31 2023 04:10:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15227755 | | Email/Text: collecadminbankruptcy@fnni.com | May 31 2023 04:10:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15214009 | | Email/Text: collecadminbankruptcy@fnni.com | May 31 2023 04:10:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15214008 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 31 2023 04:10:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15323661 | | Email/Text: Bankruptcy@Freedommortgage.com | May 31 2023 04:10:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15214011 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 31 2023 04:10:00 | GM Financial, P.O. Box 183834, Arlington, TX 76096-3834 |
| 15214010 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 31 2023 04:10:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15241704 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 31 2023 04:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15214012 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 31 2023 04:28:47 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15230793 | + | Email/Text: RASEBN@raslg.com | May 31 2023 04:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15240851 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2023 04:28:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15319023 | | Email/Text: peritus@ebn.phinsolutions.com | May 31 2023 04:11:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15239963 | | Email/Text: bnc-quantum@quantum3group.com | May 31 2023 04:10:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15239964 | | Email/Text: bnc-quantum@quantum3group.com | May 31 2023 04:10:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15232306 | | Email/Text: bankruptcy@roundpointmortgage.com | May 31 2023 04:10:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 15214015 | + | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:28:50 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15214016 | + | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:18:18 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15214017 | + | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:18:18 | Syncb/score Rewards Dc, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15243137 | + | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:28:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15215036 | + | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:28:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15214018 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 04:28:52 | Tractor Supply/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

Case 20-70128-JAD    Doc 88    Filed 06/01/23    Entered 06/02/23 00:33:09    Desc Imaged
Certificate of Notice    Page 8 of 9

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 30, 2023 | Form ID: pdf900 | Total Noticed: 40 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BMW Bank of North America |
| cr | | RoundPoint Mortgage Servicing Corporation |
| aty | *+ | Somerset Trust Company, 151 W. Main Street, Somerset, PA 15501-2068 |
| cr | *+ | ACAR Leasing LTD dba GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2023            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com |
| David J. Novak | on behalf of Attorney Somerset Trust Company davidnov162@hotmail.com rfn@jjbodies.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Carol S. Shaffer thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Larry D Shaffer thedebterasers@aol.com |
| Kevin J. Petak | on behalf of Attorney Somerset Trust Company kpetak@spencecuster.com skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com |
| Laurence A. Mester | on behalf of Creditor BMW Bank of North America lmester@mesterschwartz.com jschwartz@mesterschwartz.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD dba GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

District/off: 0315-7    User: auto    Page 4 of 4
Date Rcvd: May 30, 2023    Form ID: pdf900    Total Noticed: 40

TOTAL: 11