## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-70128-JAD |
|     Larry D. Shaffer and | : | |
|     Carol S. Shaffer, | : | Chapter 13 |
|             Debtors | : | |
| | : | Docket No. 92 |
|     Larry D. Shaffer and | : | |
|     Carol S. Shaffer, | : | Hearing Date & Time: July 19, 2023 |
|             Movants | : |                           11:00 AM |
| | : | |
|       vs. | : | |
| | : | |
|     ACAR Leasing LTD, | : | |
|     Bank of the West, | : | |
|     BMW Financial Services, | : | |
|     Capital One Bank (USA), N.A., | : | |
|     Cbna, | : | |
|     Citibank, N.A., | : | |
|     Comenitybank/legndpine, | : | |
|     Comenity/Boscov, | : | |
|     Discover Bank, | : | |
|     First National Bank of Omaha, | : | |
|     Freedom Mortgage Corporation, | : | |
|     GM Financial, | : | |
|     Jefferson Capital Systems, LLC, | : | |
|     Jpmcb Card, | : | |
|     LVNV Funding, LLC, | : | |
|     Peritus Portfolio Services, LLC, | : | |
|     Quantum3 Group, LLC, | : | |
|     RoundPoint Mortgage Servicing, | : | |
|     Syncb/amazon, | : | |
|     Syncb/lowes, | : | |
|     Syncb/Score Rewards, | : | |
|     Synchrony Bank, | : | |
|     Tractor Supply/Cbna, | : | |
|             Respondents | : | |
|          and | : | |
| | : | |
|     Ronda J, Winnecour, Esquire, | : | |
|     Chapter 13 Trustee, | : | |
|             Additional Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO EXCUSE DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Excuse Debtors' Certification of Discharge Eligibility filed on June 15, 2023, has been received.

1

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Excuse Debtors' Certification of Discharge Eligibility appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Excuse Debtors' Certification of Discharge Eligibility were to be filed and served no later than July 3, 2023.

It is hereby respectfully requested that the Order attached to the Motion to Excuse Debtors' Certification of Discharge Eligibility be entered by the Court.

Dated: July 5, 2023                    /s/ Kenneth P. Seitz, Esquire
                                       Kenneth P. Seitz, Esquire
                                       PA I.D. #81666
                                       Law Offices of Kenny P. Seitz
                                       P.O. Box 211
                                       Ligonier, PA 15658
                                       (814) 536-7470
                                       Attorney for Debtors