IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-70128-JAD |
| Larry D. Shaffer and | : | |
| Carol S. Shaffer, | : | Chapter 13 |
| Debtors | : | **DEFAULT O/E JAD** |
| | : | Docket No. |
| Larry D. Shaffer and | : | |
| Carol S. Shaffer, | : | Related to Docket No. 89 |
| Movants | : | |
| | : | Hearing Date & Time: July 19, 2023 |
| vs. | : | 11:00 AM |
| | : | |
| ACAR Leasing LTD, | : | FILED |
| Bank of the West, | : | 7/11/23 10:58 am |
| BMW Financial Services, | : | CLERK |
| Capital One Bank (USA), N.A., | : | U.S. BANKRUPTCY |
| Cbna, | : | COURT - WDPA |
| Citibank, N.A., | : | |
| Comenitybank/legndpine, | : | |
| Comenity/Boscov, | : | |
| Discover Bank, | : | |
| First National Bank of Omaha, | : | |
| Freedom Mortgage Corporation, | : | |
| GM Financial, | : | |
| Jefferson Capital Systems, LLC, | : | |
| Jpmcb Card, | : | |
| LVNV Funding, LLC, | : | |
| Peritus Portfolio Services, LLC, | : | |
| Quantum3 Group, LLC, | : | |
| RoundPoint Mortgage Servicing, | : | |
| Syncb/amazon, | : | |
| Syncb/lowes, | : | |
| Syncb/Score Rewards, | : | |
| Synchrony Bank, | : | |
| Tractor Supply/Cbna, | : | |
| Respondents | : | |
| and | : | |
| | : | |
| Ronda J, Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

**ORDER**

AND NOW this  11th   day of   July          , 2023, it is the ORDER of this Court that the Debtors are

excused from completing the Certification of Discharge Eligibility directly due to their passing.

BY THE COURT:

_____ jsf
Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70128-JAD |
| Larry D Shaffer | Chapter 13 |
| Carol S. Shaffer | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-7  User: auto  Page 1 of 2
Date Rcvd: Jul 11, 2023  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

**Recip ID        Recipient Name and Address**
db/jdb            #+  Larry D Shaffer, Carol S. Shaffer, 8016 Hyndman Road, Buffalo Mills, PA 15534-9104

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 13, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:**

**Name                     Email Address**

Andrew L. Spivack
     on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Brian Nicholas
     on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com

David J. Novak
     on behalf of Attorney Somerset Trust Company davidnov162@hotmail.com  rfn@jjbodies.com

Kenneth P. Seitz
     on behalf of Debtor Larry D Shaffer thedebterasers@aol.com

Kenneth P. Seitz
     on behalf of Joint Debtor Carol S. Shaffer thedebterasers@aol.com

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 11, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Kevin J. Petak
    on behalf of Attorney Somerset Trust Company kpetak@spencecuster.com
    skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com

Laurence A. Mester
    on behalf of Creditor BMW Bank of North America lmester@mesterschwartz.com  jschwartz@mesterschwartz.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor ACAR Leasing LTD dba GM Financial Leasing ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11