IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
LARRY D SHAFFER
CAROL S. SHAFFER
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

**DEFAULT O/E JAD**

Case No.:20-70128 JAD

Chapter 13

Document No.: 83

FILED
7/11/23 11:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this  11th  day of  July , 20 23 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

jsf

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-70128-JAD

Larry D Shaffer     Chapter 13

Carol S. Shaffer

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 4
Date Rcvd: Jul 11, 2023     Form ID: pdf900     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Larry D Shaffer, Carol S. Shaffer, 8016 Hyndman Road, Buffalo Mills, PA 15534-9104 |
| 15214013 | + | Roundpoint Mtg, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 15214014 | + | Somerset Trust Company, 151 W Main St, Somerset, PA 15501-2068 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 12 2023 00:56:20 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 12 2023 00:47:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 12 2023 00:57:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15222184 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 12 2023 00:47:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183853, Arlington TX 76096-3853 |
| 15282701 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 12 2023 00:47:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 15214001 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jul 12 2023 00:55:48 | Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 15224379 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Jul 12 2023 00:56:43 | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 15214000 | + | Email/Text: bknotices@bankofthewest.com | Jul 12 2023 00:48:24 | Bank Of The West, 2527 Camino Ramon, San Ramon, CA 94583-4213 |
| 15230139 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2023 00:55:45 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15214002 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2023 01:08:25 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15214003 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2023 00:56:44 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15242386 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2023 00:56:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15214004 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2023 00:56:04 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |

Case 20-70128-JAD    Doc 98    Filed 07/13/23    Entered 07/14/23 00:29:20    Desc Imaged
                        Certificate of Notice    Page 3 of 5

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 11, 2023 | Form ID: pdf900 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| 15214005 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 12 2023 00:47:00 | Comenitybank/legndpine, Po Box 182789, Columbus, OH 43218-2789 |
| 15214006 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 12 2023 00:47:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15217185 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jul 12 2023 00:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15214007 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Jul 12 2023 00:46:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15227755 | | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Jul 12 2023 00:47:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15214009 | | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Jul 12 2023 00:47:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15214008 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | | Jul 12 2023 00:47:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15323661 | | Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | | Jul 12 2023 00:47:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15214011 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Jul 12 2023 00:47:00 | GM Financial, P.O. Box 183834, Arlington, TX 76096-3834 |
| 15214010 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Jul 12 2023 00:47:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15241704 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jul 12 2023 00:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15214012 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jul 12 2023 00:56:15 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15230793 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jul 12 2023 00:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15240851 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 12 2023 00:56:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15319023 | | Email/Text: peritus@ebn.phinsolutions.com | | |
| | | | Jul 12 2023 00:49:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15239963 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jul 12 2023 00:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15239964 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jul 12 2023 00:47:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15232306 | | Email/Text: bankruptcy@roundpointmortgage.com | | |
| | | | Jul 12 2023 00:47:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 15214015 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 12 2023 00:56:18 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15214016 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 12 2023 00:56:15 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15214017 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 12 2023 01:08:41 | Syncb/score Rewards Dc, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15243137 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 12 2023 01:08:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15215036 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 12 2023 00:57:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15214018 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 12 2023 01:08:21 | Tractor Supply/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

Case 20-70128-JAD   Doc 98   Filed 07/13/23   Entered 07/14/23 00:29:20   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 11, 2023 | Form ID: pdf900 | Total Noticed: 40 |
| TOTAL: 37 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BMW Bank of North America |
| cr | | RoundPoint Mortgage Servicing Corporation |
| aty | *+ | Somerset Trust Company, 151 W. Main Street, Somerset, PA 15501-2068 |
| cr | *+ | ACAR Leasing LTD dba GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com |
| David J. Novak | on behalf of Attorney Somerset Trust Company davidnov162@hotmail.com  rfn@jjbodies.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Carol S. Shaffer thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Larry D Shaffer thedebterasers@aol.com |
| Kevin J. Petak | on behalf of Attorney Somerset Trust Company kpetak@spencecuster.com skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com |
| Laurence A. Mester | on behalf of Creditor BMW Bank of North America lmester@mesterschwartz.com  jschwartz@mesterschwartz.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD dba GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

District/off: 0315-7            User: auto            Page 4 of 4
Date Rcvd: Jul 11, 2023            Form ID: pdf900            Total Noticed: 40

TOTAL: 11